**Motion Granted and Case Reinstated; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 4, 2024.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-24-00134-CV**

## IN RE APPLUS TECHNICAL SERVICES USA INC. AND VICTOR CASTRO, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2024-06910**

## MEMORANDUM OPINION

On February 21, 2024, relators Applus Technical Services USA, Inc. and Victor Castro filed a petition for writ of mandamus and motion for temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In

the petition, relator asks this Court to compel the Honorable Ravi K. Sandill, presiding judge of the 127th District Court of Harris County, to vacate the trial court's February 21, 2024 order denying relators' motion to dismiss.

We denied relators' motion for temporary relief and requested a response to relators' petition from the real parties in interest. Thereafter, relators filed a motion for leave to file a sealed mandamus record, which was denied. However, we ordered relators' counsel to provide to the Clerk of this Court a thumb drive with an unredacted copy of all documents submitted to the trial court for in-camera inspection. Relators complied with the Court's order on February 29, 2024.

The parties filed a joint motion to abate, which was granted on May 9, 2024. After reaching resolution in the underlying case, on May 28, 2024, the parties filed a joint motion to lift the abatement and dismiss the mandamus proceeding. We grant the parties' joint motion.

Accordingly, this mandamus proceeding is reinstated. Relators' counsel is ordered to retrieve from the Clerk of the Court the thumb drive submitted for in camera inspection. We dismiss relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.